## Case No. 1,301.

### BENJAMIN v. GRAHAM.

[4 N. B. R. 391, (Quarto, 130.)]

District Court, S. D. New York.　Jan. 26, 1871.

BANKRUPTCY—ACCOUNTING TO ASSIGNEE.

The defendant in an equity suit, must account, before a master, for property received by him. Orders of reference to a master will be settled on notice.

In equity.

C. H. Woodbury, for plaintiff.

T. Darlington, for defendant.

BLATCHFORD, District Judge. In this case the defendant must account before a master for the moneys, notes, and merchandise received by him from Lockwood & Marsh, embraced in the twenty-three items set forth in this answer, the account to embrace interest on the moneys and on what shall be found to have been the value of the notes and merchandise, such interest to be computed from the commencement of this suit. The order of reference to the master will be settled on notice.